**No. 56746.**—The A. W. Fenton Co. and The Midwest Waste Material Co. *v.* United States, protests 146810–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that which was the subject of *The Midwest Waste Material Co.* and *E. J. Keller Co., Inc.* v. *United States* (28 Cust. Ct. 8, C. D. 1382), the claim of the plaintiffs was sustained.

FORD, J., dissented from the conclusion reached by his associates in this case for the reasons stated in his dissenting opinion in C. D. 1382, *supra.*

**No. 56747.**—Air Clearance Assn., Inc., et al. *v.* United States, protests 166215–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

**No. 56748.**—Adorence Co. et al. *v.* United States, protests 178900–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

**No. 56749.**—Henri Bendel, Inc., et al. *v.* United States, protests 181528–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 5, 1952

**No. 56750.**—Austin, Nichols & Co., Inc., et al. *v.* United States, protests 172001–K, etc. (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found; not landed, not found, were not in fact received by the importers.   In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as not landed, not found; manifested, not found.   The protests were sustained to this extent.